```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
Servisio Simmon,                        :
                                        :
                      Plaintiff,        :     23cv1489 (DLC)
           -v-                          :
                                        :        ORDER
City Of New York, et al.,               :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the parties' letters dated July 14, 2023, and July 17, 2023, it is hereby

ORDERED that, by July 24, 2023, defendant City of New York shall provide to plaintiff the identities of John Does in the complaint.

IT IS FURTHER ORDERED that any motion for judgment on the pleadings must be served by the dates indicated below:

- Motion served by August 11, 2023.
- Opposition served by August 25, 2023.
- Reply served by September 1, 2023.

At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that discovery shall be stayed pending the resolution of any motion for judgment on the pleadings.

Dated:   New York, New York
         July 19, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge