UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
SERVISIO SIMMON                         :

                Plaintiff(s),            :           1:23-CV-01489-DLC

        v.                               :

CITY OF NEW YORK, ET AL                  :

                Defendant(s).             :
-------------------------------------- X

## AFFIDAVIT OF SERVISIO SIMMON IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF QUEENS          )

SERVISIO SIMMMON, being duly sworn, deposes and says:

1.   I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2.   I have reviewed the "General Release" that was attached as Exhibit One to this Affidavit.

3.   This is the first time I have ever seen this document.

4.   As a result of me having never seen this document, I have never read the terms of this Release nor had the terms read to me.

5.   I did not sign this document.

6.   My attorney asked if they could sign settlement paperwork on my behalf. I was not informed nor notified that there was general release that would extinguish all of my other claims.

[REMAINDER INTENTIONALLY LEFT BLANK]

_____
SERVISIO SIMMON

Sworn to before me this 1st
day of ~~August~~, 2023
September

_____
NOTARY PUBLIC

Lisa M. Minor
Notary Public, State of New York
No. 01MI5049230
Qualified in Bronx County
Commission Expires: 10/02/2025

2