**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SERVISIO SIMMON,

                Plaintiff,
    -against-                                       23 **CIVIL** 1489 (DLC)

                                                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 6, 2023, The City's August 9, 2023, motion is granted. Judgment is entered for the defendants and the case is closed.

**Dated:** New York, New York

      October 6, 2023

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                            **BY:**      _____
                                                                          **Deputy Clerk**